EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* ANGEL
GRACIANI, acusado y apelante.

No. 3371.—*Visto:* Marzo 14, 1928. *Resuelto:* Marzo 16, 1928.

DERECHO PENAL—APELACIÓN Y ERROR, Y CERTIORARI—REVISIÓN—CUESTIONES SO-
BRE LAS PRUEBAS—APRECIACIÓN DE LAS MISMAS—PRUEBA CONTRADICTORIA.—
Cuando se alega manifiesto error en la apreciación de las pruebas y ésta es
contradictoria, el Supremo no intervendrá en la apreciación hecha por el
juez inferior si no se demuestra que dicho juez actuó con prejuicio o in-
fluido por pasión o parcialidad o manifiesto error; y menos cuando ella es
suficiente para sostener la culpabilidad del acusado.

SENTENCIA de *Tomás Bernardini de la Huerta,* Juez Sustituto, (Gua-
yama), condenando al acusado por delito de Portar Armas.  *Con-
firmada.*

A. *Porrata Doria y Luis Villaronga,* abogados del apelante; *José
E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR TEXIDOR, emitió la opinión del tri-
bunal.

Angel Graciani fué acusado ante la Corte de Distrito
de Guayama por el delito de portar armas, consistente en
que el 12 de julio de 1927, en Barranquitas, Puerto Rico,
ilegal y voluntariamente llevaba y conducía un revólver,
arma con que puede causarse daño corporal.

El acusado hizo la alegación de "inocente."

La prueba, en el juicio, fué contradictoria.  De una
parte los testigos Jesús Rivera, Otilio Vázquez, Clemente

Cruz, Juan Valentín Colón y Conrada Colón, declararon que el acusado sacó un revólver y amenazó con él a Jesús Rivera, y que el revólver lo sacó del automóvil en que iba con otro. De otra parte los testigos Juan Maldonado, José Pagán, Emilia Colón, declararon que Jesús Rivera quiso atacar a Graciani con un tubo de hierro del automóvil y Clemente Cruz y Otilio Vázquez también amenazaron a Graciani: que entre éste y los citados Jesús Rivera, Otilio Vázquez y Clemente Cruz existían disgustos por razón de ciertas denuncias; y que no vieron que Graciani sacara revólver alguno. El registro del automóvil por el Jefe de la Policía de Barranquitas Sr. Martínez, que fué testigo en el caso, no dió resultado en cuanto a encontrar el revólver.

La corte resolvió el conflicto de la evidencia en favor de El Pueblo y condenó al acusado Graciani a un mes de cárcel. Contra esta sentencia dictada, según aparece del escrito de apelación, el 15 de septiembre de 1927, se ha interpuesto el presente recurso.

Se alega como error de la corte sentenciadora indebida apreciación de la prueba, por manifiesto error.

La parte apelante examina hábilmente la prueba presentada y sobre ese examen funda su apreciación y establece la deducción de error.

Este tribunal ha decidido en gran número de casos que en la apreciación de la prueba no ha de intervenir, a menos que se alegue y demuestre que el juez inferior actuara con prejuicio o influido por pasión o parcialidad, o manifiesto error en la apreciación de la prueba. Examinada ésta, entendemos que ella es suficiente para fundar la declaración de culpable del acusado, ya que no son sólo los testigos a quienes el acusado tachó de parcialidad los que le imputan haber sacado del automóvil un revólver, sino que hay otro testimonio intachable en el mismo sentido.

No podemos convenir en la existencia del error señalado.

*La sentencia recurrida debe ser confirmada.*